**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sharonda Lee Casey                              CHAPTER 7
                    Debtor(s)

                                                        BKY. NO. 25-14816 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of SONYMA and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
16 Dec 2025, 12:09:35, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322