Certificate Number: 05781-PAE-DE-040469305

Bankruptcy Case Number: 25-14816



05781-PAE-DE-040469305

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 4, 2026</u>, at <u>12:16</u> o'clock <u>PM PST</u>, <u>Sharonda Casey</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>January 4, 2026</u>　　　By: <u>/s/Allison M Geving</u>

　　　　　　　　　　　　　　　Name: <u>Allison M Geving</u>

　　　　　　　　　　　　　　　Title: <u>President</u>