IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: SHARONDA LEE CASEY<br>**Debtor(s)** | CHAPTER 7 |
| AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL<br>**Moving Party** | CASE NO. 25-14816-PMM<br>11 U.S.C. 362 |
| v. | |
| | HEARING DATE: **1-13-26 at 10:00 AM** |
| SHARONDA LEE CASEY<br>**Respondent(s)** | |
| LYNN E. FELDMAN<br>**Trustee** | |

### ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(4) to permit the movant to pursue the movant's rights in the personal property described as a 2020 Chevrolet Silverado 1500 bearing vehicle identification number 1GCRYBEK5LZ202760 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **January 12, 2026**

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE