## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **In re:** | **Sharonda Lee Casey,** | : | **Chapter 7** |
| | | : | |
| | | : | **Case No. 25-14816 (PMM)** |
| | | : | |
| | **Debtor.** | : | |

### ORDER TO SHOW CAUSE

**AND NOW,** this bankruptcy case having been converted on November 25, 2025;

AND the Debtor having failed to appear at two (2) scheduled §341 meetings, see doc. no. 34;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Tuesday, March 17, 2026 at 11:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601** and show cause why this case should not be dismissed for failure to appear at any of the §341 meetings.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

**Date:  2/25/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Sharonda Lee Casey
1901 E. Tremont Street
Allentown, PA 18109