United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 25-14816-pmm

Sharonda Lee Casey | Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

**Recip ID**           **Recipient Name and Address**
db                   + Sharonda Lee Casey, 1901 E. Tremont Street, Allentown, PA 18109-1617

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MATTHEW K. FISSEL | on behalf of Creditor SONYMA bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Sharonda Lee Casey,**                    :          **Chapter 7**

                                                   :

                                                   :          **Case No. 25-14816 (PMM)**

                                                   :

**Debtor.**                                        :

### ORDER TO SHOW CAUSE

**AND NOW,** this bankruptcy case having been converted on November 25, 2025;

AND the Debtor having failed to appear at two (2) scheduled §341 meetings, see doc. no. 34;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Tuesday, March 17, 2026 at 11:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601** and show cause why this case should not be dismissed for failure to appear at any of the §341 meetings.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

Date:  **2/25/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Sharonda Lee Casey
1901 E. Tremont Street
Allentown, PA 18109