**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

|  |  |  |
|---|---|---|
|  | : | **Chapter 7** |
| **Sharonda Lee Casey**, |  |  |
|  |  | **Case No. 25-14816 (PMM)** |
|  | : |  |
| **Debtor.** | : |  |

**ORDER**

**AND NOW** a Show Cause hearing having been held and concluded on March 17, 2026;

AND the Debtor having failed to appear at the hearing;

AND the Debtor having failed to complete the actions outlined in the Show Cause Order;

It is hereby **ordered** that this case is **dismissed**.

*Patricia M. Mayer*

_____

**Date:  3/17/26**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Sharonda Lee Casey
1901 E. Tremont Street
Allentown, PA 18109