United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 25-14816-pmm

Sharonda Lee Casey

Chapter 7

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonda Lee Casey, 1901 E. Tremont Street, Allentown, PA 18109-1617 |
| 15084857 | + | AmeriCredit Financial Services, Inc., dba GM Financial, c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200 Cherry Hill, NJ 08034-1925 |
| 15077102 | + | Cane & Weber, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 15077106 | | Cavalry Portfolio Services, American Lane Ste 220, Greenwich, CT 06831 |
| 15077105 | + | FST Commonwealth FCU, 6126 Hamilton Blvd Ste 100, Allentown, PA 18106-9711 |
| 15077107 | + | RG&E, PO Box 847813, Boston, MA 02284-7813 |
| 15084858 | + | SONYMA, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 18 2026 01:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 18 2026 01:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 18 2026 01:52:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 15077103 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 18 2026 01:52:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 15077100 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2026 02:01:39 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15077104 | | Email/Text: camanagement@mtb.com | Mar 18 2026 01:52:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15077099 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2026 01:50:50 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15084736 | ^ | MEBN | Mar 18 2026 01:44:58 | SONYMA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15077098 | + | Email/Text: bankruptcynotices@cbecompanies.com | Mar 18 2026 01:52:00 | The CBE Group, 131 Tower Park Dr Ste 100, Po Box 900, Waterloo, IA 50704-0900 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15077101 | *+ | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 16

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MATTHEW K. FISSEL | on behalf of Creditor SONYMA bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

:    **Chapter 7**

**Sharonda Lee Casey**,

**Case No. 25-14816 (PMM)**

:

**Debtor.**    :

## ORDER

**AND NOW** a Show Cause hearing having been held and concluded on March 17, 2026;

AND the Debtor having failed to appear at the hearing;

AND the Debtor having failed to complete the actions outlined in the Show Cause Order;

It is hereby **ordered** that this case is **dismissed**.

**Date:  3/17/26**

_Patricia M. Mayer_

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Sharonda Lee Casey
1901 E. Tremont Street
Allentown, PA 18109